```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/23/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
TREMAYNE E. RICE,                                :
                                                 :
                          Plaintiff,             :
                                                 :      1:24-cv-00472-GHW-GS
              -against-                          :
                                                 :      ORDER
INVERSE MEDICAL, LLC, *et al.*,                  :
                                                 :
                          Defendants.            :
                                                 :
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

On April 5, 2024, the Court directed the parties to confer as to whether they consent to proceeding before the assigned Magistrate Judge, and to submit either an executed consent form or a joint letter no later than April 19, 2024.  Dkt. No. 15.  Neither document has been submitted.  Accordingly, the parties are directed to comply with the Court's April 5 order forthwith, and in no event later than April 30, 2024.

SO ORDERED.

Dated:  April 23, 2024
New York, New York
                                        _____
                                              GREGORY H. WOODS
                                          United States District Judge