**MEMO ENDORSED**

FRANCIS J. GIAMBALVO
FGIAMBALVO@GRSM.COM



ATTORNEYS AT LAW
ONE BATTERY PARK PLAZA
28TH FLOOR
NEW YORK, NY 10004
PHONE: (212) 269-5500
FAX: (212) 269-5505
WWW.GRSM.COM

July 8, 2024

**VIA ECF**
The Honorable Gary Stein, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:      *Tremayne E. Rice v. Inverse Medical LLC, et al.*
                     Case No. 1:24-cv-00472-GHW-GS

Dear Judge Stein:

      This firm represents Inverse Medical, LLC ("Inverse"), Inverse Medical, Inc. (Inverse Inc."), VIP StarNETWORK, LLC ("VIP"), RTQ, LLC ("RTQ"), Johonniuss Chemweno ("Chemweno"), and Empass Healthcare, Inc. ("Empass") (collectively "Defendants"), in this case. We write, on behalf of Defendants and Plaintiff, and with Plaintiff's consent, in connection with Your Honor's May 15, 2024 status conference order. Specifically, we write to provide a status update and to request an adjournment of the status conference currently scheduled for July 11, 2024.

      On June 26, 2024, New York Legal Assistance Group, co/o Lisa Rivera, Esq. and NYLAG Clinic for Pro Se Litigants, c/o Natalie Tecimer, Esq. filed a notice of limited scope appearance of pro bono counsel on behalf of Plaintiff, specifically for the limited purpose of providing advice and representation in settlement negotiations, settlement conference(s) and/or mediation through the SDNY alternative dispute resolution program (ECF No. 27). Counsel for Plaintiff has advised the undersigned that they are not available to appear for the July 11, 2024 status conference. The parties agree that participation of counsel for Plaintiff at the status conference hearing is essential since the parties will be discussing alternative dispute resolution at the conference with Your Honor and counsel has been retained for settlement purposes.

      Accordingly, the parties mutually request that the status conference hearing scheduled for July 11, 2024 is adjourned to July 25, 2024, or a date thereafter that is mutually convenient for counsel for both parties and the court.

Hon. Gary Stein, U.S.M.J.
U.S. District Court, S.D.N.Y.
July 8, 2024
Page 2 of 2

We thank the Court for its consideration of this correspondence and request.

                                            Respectfully submitted,
                                            /s/ FRANCIS J. GIAMBALVO
                                            Francis J. Giambalvo, Esq.

Cc:    All Counsel of Record (*via ECF*)
        Plaintiff Tremayne E. Rice (*via email*)

---

Application granted. The Status Conference previously scheduled for July 11, 2024 at 11:30 a.m. is hereby adjourned to Thursday, July 25, 2024 at 10:00 a.m. The May 15, 2024 Status Conference Order (Dkt. No. 20) otherwise remains in effect. The Clerk of Court is directed to close Docket Number 28.

SO ORDERED.

Dated: July 9, 2024
New York, New York

Gary Stein
United States Magistrate Judge
Southern District of New York

1313733/82781485v.1