UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/5/2024
```

------------------------------------------------------------------ X
                                                                   :
TREMAYNE E. RICE,                                                  :
                                                                   :
                                       Plaintiff,                  :            1:24-cv-00472-GHW
                                                                   :
                       -v —                                        :                 ORDER
                                                                   :
INVERSE MEDICAL, LLC, *et al.*,                                    :
                                                                   :
                                       Defendants.                 :
                                                                   :
------------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

The mediator has informed the Court that court-ordered mediation in this case was held and

agreement was reached on all issues. Dkt. No. 36. Accordingly, it is hereby ORDERED that this

action be conditionally discontinued without prejudice and without costs; provided, however, that

within thirty (30) days of the date of this Order, the parties may submit to the Court their own

Stipulation of Settlement and Dismissal.[1] Otherwise, within such time Plaintiff may apply by letter

for restoration of the action to the active calendar of this Court in the event that the settlement is

not consummated. Upon such application for reinstatement, the parties shall continue to be subject

to the Court's jurisdiction, the Court shall promptly reinstate the action to its active docket, and the

parties shall be directed to appear before the Court, without the necessity of additional process, on a

date within ten (10) days of the application, to schedule remaining pretrial proceedings and/or

dispositive motions, as appropriate. This Order shall be deemed a final discontinuance of the action

with prejudice in the event that Plaintiff has not requested restoration of the case to the active

calendar within such 30-day period.

---

[1] As explained in Rule 4(E) of the Court's Individual Rules of Practice in Civil Cases, the Court will not retain
jurisdiction to enforce confidential settlement agreements. If the parties wish that the Court retain
jurisdiction to enforce the agreement, the parties must place the terms of their settlement agreement on the
public record.

The Clerk of Court is directed to mail a copy of this order to Plaintiff.  The Clerk of Court is further directed to terminate all pending motions, adjourn all remaining dates, and to close this case.

SO ORDERED.

Dated: December 5, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge